UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMERY MOREL LORENZO,

    Petitioner,

v.                                  Case Nos.:  2:25-cv-748-SPC-NPM
                                                                    2:19-cr-118-SPC-NPM

UNITED STATES OF AMERICA,

    Respondent,
_____/

## OPINION AND ORDER

    Before the Court is Emery Morel Lorenzo's Petition for Writ of Habeas Corpus (Doc. 1). In 2021, Lorenzo pleaded guilty to being a person in charge of a maritime vessel and failing to obey an order by an authorized federal officer to heave to that vessel. The Court sentenced Lorenzo to 18 months' imprisonment (concurrent with state prison terms), followed by 36 months of supervised release. Lorenzo asks the Court to vacate the supervised release portion of his sentence under 28 U.S.C. § 2255.

    28 U.S.C. § 2255 allows prisoner in federal custody to move for his sentence to be vacated, set aside, or corrected on four grounds: (1) the imposed sentence violates the Constitution or laws of the United States; (2) the court lacked jurisdiction to impose the sentence; (3) the sentence was over the maximum authorized by law; or (4) the imposed sentence is otherwise subject to collateral attack. Lorenzo does not assert any of these grounds, so he is not

entitled to relief under § 2255. *Lynn v. United States*, 365 F.3d 1225, 1232 (11th Cir. 2004) (stating § 2255 relief is "reserved for transgressions of constitutional rights and for that narrow compass of other injury that could not have been raised in direct appeal and would, if condoned, result in a complete miscarriage of justice" (internal quotations omitted)). The Court will thus deny the § 2255 motion.

But Lorenzo can seek early termination of supervised release by filing a motion under Federal Rule of Criminal Procedure 32.1 and 18 U.S.C. § 3583(e)(1). The motion should address the factors listed in 18 U.S.C. § 3553(a), which the Court must consider before terminating supervised release.

Accordingly, it is hereby **ORDERED:**

(1) Emery Morel Lorenzo's Petition for Writ of Habeas Corpus (Doc. 1) is **denied** without prejudice.

(2) The Clerk is **directed** to terminate any pending deadlines, enter judgment, and close the civil case.

(3) Lorenzo is not entitled to a certificate of appealability.

**DONE AND ORDERED** in Fort Myers, Florida on August 28, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: all parties